PER CURIAM.
The trial judge correctly sustained the appellee-mother’s exceptions to the general master’s “downward departure” from the child support guidelines. See § 61.30(2), Fla.Stat. (1991); Weinstein v. Steele, 590 So.2d 1005 (Fla. 3d DCA 1991); Lau v. Lau, 407 So.2d 927 (Fla. 3d DCA 1981) (income of custodial parent’s new spouse not properly considered in determining noncustodial parent’s child support obligation); Montgomery v. Montgomery, 426 So.2d 1255 (Fla. 1st DCA 1983) (same); Fried v. Fried, 375 So.2d 46 (Fla. 2d DCA 1979) (same); Schneider v. Schneider, 348 So.2d 612 (Fla. 4th DCA 1977) (same).
Affirmed.